# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 6, 2020

By ECF

Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York

**Re: United States v. Nisha Ann Lopez-Henry, 18 Cr. 96 (SN)**

Dear Judge Netburn:

I write to respectfully request that the Court modify Nisha Ann Lopez-Henry's bail to permit travel to the District of Connecticut for work purposes. Ms. Lopez-Henry recently received a job offer from Zara, the clothing company, in Greenwich, Connecticut. As the Court knows, Ms. Lopez-Henry graduated the YAOP and her prosecution was deferred on September 4, 2019. The Government (AUSA Raymond) and Pretrial Services (Ms. Bolin) both consent to this request.

Thank you for consideration of this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Samuel L. Raymond, Esq. (by ECF)
Rena Bolin, Pretrial Services (by email)

*Granted.*
*[signature] 1/6/2020*