**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, N
Tel: (212) 417-8700

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/2020

June 30, 2020

By ECF

Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York

**Re:  United States v. Nisha Ann Lopez-Henry, 18 Cr. 96 (SN)**

Dear Judge Netburn:

I write to respectfully request that the Court modify Ms. Lopez-Henry's bail to permit her to travel to Atlanta, Georgia, from July 3 to 6, 2020, to celebrate a friend's birthday. Both Pretrial Services and the Government consent to this request. As the Court is aware, Ms. Lopez-Henry is currently fulfilling the terms of her deferred prosecution agreement.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Samuel L. Raymond, Esq. (Assistant United States Attorney)
      Rena Bolin (Pretrial Services)

---

The request is GRANTED.
**SO ORDERED.**

Dated:  June 30, 2020
        New York, New York

_____
SARAH NETBURN
United States Magistrate Judge